UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT G. LUKE                                                                                    PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:18-CV-449-DPJ-JCG

COMMISSIONER OF SOCIAL                                                                    DEFENDANT
SECURITY ADMINISTRATION

ORDER

This pro se social security appeal is before the Court on the Commissioner's Motion to Affirm [22] and the Report and Recommendation [29] of United States Magistrate Judge John C. Gargiulo. Judge Gargiulo recommended that the Court grant the Commissioner's motion to affirm because the denial of benefits is supported by substantial evidence and the Commissioner applied the correct legal standards. Luke failed to file an Objection to the Report and Recommendation, and the time to do so has now expired.

The Court, having reviewed the unopposed Report and Recommendation [29], agrees with Judge Gargiulo and adopts it as its opinion. The Commissioner's Motion to Affirm [22] is granted, and this case is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 10th day of January, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE